B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Flight Director, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **95-3919535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**100 Michael Angelo Way**<br>**Bldg. E, Suite 600**<br>**Austin, TX**  ZIP CODE **78728** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**  **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Flight Director, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br>                                                         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                  _____

                  (Name of landlord that obtained judgment)

                  _____

                  (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.14.1, ID 4231637591)*

**B1 (Official Form 1) (04/13)**                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s):  **Flight Director, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X _____

X _____

Telephone Number (If not represented by attorney) _____

Date _____

**Signature of a Foreign Representative**

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date _____

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Eric J. Taube** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| **Eric J. Taube**      Bar No. **19679350** | |
| **Hohmann, Taube & Summers, LLP**<br>**100 Congress Ave., 18th Floor**<br>**Austin, TX 78701** | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Phone No. **(512) 472-5997**      Fax No. **(512) 472-5248** | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| 9/18/2014<br>Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Address<br>X _____ |
| **Flight Director, Inc.** | Date _____ |
| X **/s/ Don Hanrahan**<br>Signature of Authorized Individual | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Don Hanrahan**<br>Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **President**<br>Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| 9/18/2014<br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:  **Flight Director, Inc.**                               Case No.

                                                               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cit Group/Equipment Financing, Inc.<br>Aerospace<br>11 West 42nd Street<br>New York, NY 10036 | | | | **$2,479,976.36** |
| Engine Lease Finance Corp<br>1575 Delucchi Ln Suite 115<br>Reno, NV 89502 | | | | **$1,161,153.98** |
| Turbine Overhaul Services<br>5 Tuas Drive 2<br>Singapore,  638639 | | | | **$351,394.00** |
| Brown Helicopter Inc<br>10100 Aileron Ave<br>Pensacola, FL 32506 | | | | **$287,565.00** |
| GE Aviation Service Operation<br>23 Loyang Way<br>Singapore,  508770 | | Services | | **$254,118.60** |
| Jetran International, Ltd<br>1449 Airpark<br>Horseshoe Bay, TX 78657 | | | | **$215,750.18** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Flight Director, Inc.**                             Case No.

                                                             Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 1

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Northrop Grumman International Trading,<br>21040 Burbank<br>Woodland Hills, CA 91367 | | | | $164,335.00 |
| Turbine Engine Resources, Ltd<br>12901 Nicholson<br>Suite 330<br>Farmers Branch, TX 75234 | | | | $135,550.00 |
| Intertrade Rockwell Collins<br>4700 North River Blvd Northeast<br>Cedar Rapids, IA 52411 | | | | $126,364.78 |
| Airfoil Services Sdn Bhd<br>No. 12 Jalan Teknologi<br>Taman Sains Selangor 1<br>Kota Damansara Pju5<br>Petaling Jaya,  48710 | | | | $115,653.00 |
| Firstmark Aerospace<br>1176 Telecom Drive<br>Creedmoor, NC 27522-8294 | | | | $109,229.00 |
| Lufthansa Technik Ag<br>P.O. Box 630<br>Hamburg, Germany D-22313 | Services | | | $102,584.22 |
| Kelly Aviation Center, Lp<br>3523 Gen Hudnelll, Bldg. 360<br>San Antonio, TX 78226 | | | | $100,000.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Flight Director, Inc.**                                    Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 2

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Laro Properties, L.P.<br>16633 Ventura Blvd<br>Suite 1330<br>Encino, CA 91436 | | | | **$97,285.14** |
| Sr Technics Switzerland Ltd<br>Accounts Payable Department<br>P.O. Box 187<br>8058 Zurich Airport<br>Zurich Switzerland, | | | | **$93,226.52** |
| Aviation Lease Finance<br>1575 Delucchi Ln, Suite 115<br>Reno, NV 89502 | | Contract/Lease | | **$89,883.78** |
| Abu Dhabi Aircraft<br>Technologies, Llc.<br>PO Box 46450<br>Abu Dhabi, | | | | **$89,210.00** |
| Lufthansa-Shannon Turbine<br>World Aviation Park<br>Clare<br>Shannon, | | | | **$87,775.00** |
| Aerotron Limited<br>Westley House<br>Fleming Way<br>Crawley<br>West Sussex,  Rh109ga | | | | **$81,250.00** |
| ATI -GE Aviation Services<br>62 Loyang Way<br>Singapore  508770 | | Services | | **$78,018.30** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Flight Director, Inc.**                                    Case No.

                                                                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

   I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**9/18/2014**_____          Signature:__**/s/ Don Hanrahan**_____
                                                                                **Don Hanrahan**
                                                                                **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Flight Director, Inc.**                                CASE NO

                                                                                CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/18/2014 _____              Signature  _/s/ Don Hanrahan_____
                                                                                    _Don Hanrahan_
                                                                                    _President_

Date _____              Signature _____

724569 Inc (Bci)
3526 Marsha Lane
Vero Beach, FL 32967


A Great Indoors
110 Williams Way
Hutto, TX 78634


A&E Parts
490 NE Butler Market Road
Unit 140
Bend, OR 97701


A.E. Petsche Company
2112 West Division Street
Arlington, TX 76012


A.S.A.P. Semidconductor
16600 Harbor Blvd Suite C
Fountain Valley, CA 92708


Aai Aero
7998 American Way
Suite A
Daphne, AL 36526


ABC Commercial Pest Service
9475 East Highway 290
Austin, TX 78724-2303


Abm/Linc Service-Austin
PO Box 951997
Dallas, TX 75395-1997


Abu Dhabi Aircraft Technologies, Llc.
PO Box 46450
Abu Dhabi,

Abx Air (Airborne Express)
P.O. Box 966
Wilmington, OH 45177


Access Software
2610 SE Willoughby Road
Stuart, FL 34994


Adept Fasteners
28709 Industry Drive
Valencia, CA 91355


Adria Airways D.D. (Operator)
Zgornji Brnik 130h
Brnik -Aerodrom,  Si-4210


Advantage Aerospace Accessories
20105 Williams Street
Gulf Shores, AL 36542


AE&C Services
22800 Mcauliffe Drive
Robertsdale, AL 36567


Aero Components Supplies Corporporation
8370 Northwest 99th Street
Medley, FL 33178


Aero Fastener Company, Inc.
76 Srvistar Industrial Way
Westfield, MA 01036-5601


Aero Kool Corporation
1495 Southeast 10th Avenue
Hialeah, FL 33010

Aero Mechanical Industries
4901 Rockaway Boulevard  Northeast
Rio Rancho, NM 87124


Aero Precision Industries, Inc.
30 Lindbergh Avenue
Livermore, CA 94551


Aero Technologies, Inc.
2200 Northwest 84th Avenue
Miami, FL 33122-1518


Aero-Craft Hydraulics, Inc.
392 N. Smith Ave.
Corona, CA 92880


Aero-Link Arizona
16412 North 92nd Street
Suite 125
Scottsdale, AZ 85260


Aero-Zone, Inc.
2200 South Stearman Drive
Chandler, AZ 85286


Aeroenlaces Nacionales Sade Cv
Carreter Miguel Alemn Km 24
Apodac
Nuevo Leon,  66600


Aerolineas Argentinas
Oficina Inventarios Y Costos Indust
Planta Industrial Ezeiza - Hangares
Attn: Lic. Vicente Mecca
Buenos Aires,  B1802faa

Aerospace Distributors, Inc.
34110 9th Avenue South
Federal Way, WA 98003

Aerospace Service, Inc.
258 Southwest 33rd Street
Fort Lauderdale, FL 33315


Aerotron Limited
Westley House
Fleming Way
Crawley
West Sussex,  Rh109ga

Aeroturbine, Inc.
15701 SW 29th Street
Miramar, FL 33027


Aeroxchange
5221 North O'connor Boulevard
Suite 800
East Tower
Irvine, TX 75039

Aersale
121 Alhambra Plaza
Suite 1700
Coral Gables, FL 33134


Air Spares, Inc.
609 North Levee Road
Puyallup, WA 98371


Air Transport Components
900 North Fiesta Boulevard
Gilbert, AZ 85233


Air-Pro, LLC
9730 NW 114th Way
Medley, FL 33178


Airco Group
1853 S. Eisenhower Ct.
Wichita, KS 67209

Aircraft & Engine Parts LLC
6300 NW 99th Avenue
Miami, FL 33178


Aircraft Composite Techologies
7860 NW 76th Ave
Miami, FL 33166


Aircraft Inventory Mgmt
14936 Trend Dr.
Dallas, TX 75234


Airfoil Services Sdn Bhd
No. 12 Jalan Teknologi
Taman Sains Selangor 1
Kota Damansara Pju5
Petaling Jaya,  48710

Airline Services Components
Newton Road
Manor Royal
Crawley
West Sussex,  Rh10 9ts

Airmark Components
2701 S.W. 2nd Ave.
Fort Lauderdale, FL 33315


Airpro Aviation Systems
1500 Northwest 93rd Avenue
Doral, FL 33172


Airstart Inc
2425 Mattherson Blvd East
Mississauga, Ca L4w5k4


Aj Levin
3108 Valhalla Drive
Burbank, CA 91505

Aj Walter Aviation Ltd
The Headquarters
Maydwell Avenue
Slinfold
West Sussex,  Rh13 0as

Align Aerospace
21123 Nordhoff Street
Chatsworth, CA 91311

Alitalia Maintenance Systems Spa
Via Ezio Bevilacqua Snc
Varco 5 Area  Tecnica 00054
Fiumicino Aeroporto
Rome,  148

Allied Systems & Control Inc
2177-L Flintstone Dr.
Tucker, GA 30084-5000

American Cooler Service, Inc
919 W. Mayfield Rd
Arlington, TX 76015

American Express
PO Box 650448
Dallas, TX 75265-0448

American General Life
P.O. Box 4373
Houston, TX 77210-4373

Ametek Rotron
55 Hasbrouck Lane
Woodstock, NY 12498

Ansett Aircraft Spares and Services
12675 Encinitas
Sylmar, CA 91342

Aog Logistics
3200 NW 27th Ave
Suite 300
Pompano Beach, FL 33069


Aog Reaction, Inc.
526 Aviator Drive
Fort Worth, TX 76179-5425


Apsco Aircraft Parts & Supply
12840 S. W. 84th Avenue Road
Miami, FL 33156


Arinc, Inc.
2551 Riva Road
Annapolis, MD 21401


Arizona Aviation Trading LLC
Scottsdale Airpark
7652 E. Greeway Rd Ste 111
Scottsdale, AZ 85260


Arrowhead Direct Mountain Springwater
PO Box 856158
Louisville, KY 40285-6158


Artemis Aerospace Limited
Spithandle Barn
Spithandle Lane
Wiston
West Sussex,  Bn44 3dy


Asb Avionics, Inc.
1032 Sabovich Street
Mojave, CA 93501


Astro Instruments Service Corp
14036 NW 82nd Avenue
Miami Lakes, FL 33016

AT&T
PO Box 5001
Carol Stream, IL 60197-5001


ATI -GE Aviation Services
62 Loyang Way
Singapore  508770


Atlantic Jet Support, LLC
4801 Johnson Road, Ste 11
Coconut Creek, FL 33073


Atmos Energy 044000645
PO Box 790311
St. Louis, MO 63179-0311


Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197-5215


Austin Technik 2
321 Copeland Hill Road
Smithville, TX 78957


Avcom Avionics, Inc
8004 Northwest 30 Terrace
Doral, FL 33122


Avcorp International
P.O. Box 7584
Charlotte, NC 29708


Avduct
1630 N. 166th East Avenue
Tulsa, OK 74116

Avenir Aviation LLC
5183 NW 74th Ave.
Miami, FL 33166


Aviall Services
P.O. Box 619048
Dallas, TX 75261-9048


Aviation Advisory Agency Sar
Am Scheerleck
Hall 6c
Wecker, L-6868


Aviation Inspection and Services
245 East Drive
Suite 107
West Melbourne, FL 32904


Aviation Inventory Resource
7356 Us Highway 1187
Mansfield, TX 76063


Aviation Lease Finance
1575 Delucchi Ln, Suite 115
Reno, NV 89502


Aviation Logistics, LLC
8181 Tezel Road
Suite 102-171
San Antonio, TX 78250


Aviation Resources, Inc
4521 E. Jensen Street
Bldg. 104
Mesa, AZ 85205


Avio-Diepen Inc
561 Airport South Pkwy 201
Suite 500
Atlanta, GA 30349

Avioserv San Diego, Inc
6495 Marindustry Place
San Diego, CA 92121


Avmats
18377 Edison Avenue
Chesterfield, MO 63005-3628


Avsource, Inc
10455 NW 37th Terrace
Miami, FL 33178


B&G Instruments, Inc.
5000 NW 36th Street
Bldg B, Suite 345
Miami, FL 33122


B/E Aerospace Consumables Mgt
10000 NW 15th Terrace
Miami, FL 33172


Bastrop Air Parts
Attn:  Paul Thomas
1108 Haysel Street
Bastop, TX 78602


BCI Aircraft Leasing
33 North Wabash
Suite 2801
Chicago, IL 60611


Beechcraft Corp (Hawker)
9709 East Central
Wichita, KS 67206


Bel Air Express
5 Rue Andre Danjon
Paris,  75019

Bison Global Logistics, Inc.
P.O. Box 1847
Pflugerville, TX 78691


Blue Sky Industries
599 Monterey Pass Road
Monterey Park, CA 91754-2416


BP Aerospace Services, LLC
4965 Hanson Drive
Irving, TX 75038


Brickman Group
13803 Turbine Drive
Austin, TX 78728


Bright Lights USA, Inc
145 Shreve Avenue
Barrington, NJ 8007


Brite Air
15500 Minnetonka Boulevard
Minnetonka, MN 55345


Brown Helicopter Inc
10100 Aileron Ave
Pensacola, FL 32506


BTMU Capital Corporation
125 Summer Street
Boston, MA 02110-1616


Burwood Aviation Supplies Ltd
Burwood Hse, 8 Bessemer Close
Ebblake Industrial Estate
Verwood
Dorset,  Bh316az

Butler, Inc.
1600 West 166th Street
Gardena, CA 90247


C. Young & Company, Inc.
PO Box 1629
Round Rock, TX 78680


California Propeller
8101 Lankershim Blvd
P.O. Box 586
North Hollywood, CA 91605


Camtronics, LLC
122 Est Beechcraft Drive
Tulsa, OK 74132


Capitol Courier
PO Box 3182
Austin, TX 78764


Casco
Aviation Centre
Star Trading Estate
Partridge Green, Horsham
West Sussex,  Rh13 8ra

Casteel Automatic Fire Protection
3501 Dime Circle, Suite 119
Austin, TX 78744


CBK Aviation, Inc
28958 North Hancock Parkway
Valencia, CA 91355


Celtic Airspares LLC
3007 Peterborough Street
Holiday, FL 34690

CF650C2, LLC
3060 SW 2nd Avenue
Ft. Lauderdale, FL 33315


CFM Materials LP
3010 Red Hawk Dr.
Suite 120
Grand Prairie, TX 75052


Chemtrec
2900 Fairveiw Park Drive
Falls Church, VA 22042-4513


Chromalloy - Holland
Sirriusstraat 55
5015 Bt Tilburg


Chromalloy - San Diego
7007 Consolidated Way
San Diego, CA 92121


Chromalloy Marketing & Sales
2100 West 139th Street
Gardena, CA 90249


Chromalloy Material Solutions, Llc.
391 Industrial Park Road
San Antonio, TX 78226-1838


Chubb & Son
P.O. Box 382001
Pittsburgh, PA 15250-8001


Cintas
4129 Commercial Center Drive
Suite 475
Austin, TX 78744

Cintas First Aid & Safety
7700 Bent Branch Dr Ste 130
Irving, TX 75063


Cintas Uniforms
PO Box 650838
Dallas, TX 75265


Cit Group/Equipment Financing, Inc.
Aerospace
11 West 42nd Street
New York, NY 10036


City of Round Rock
Account Number 33-0001-02
Utility Billing Department
221 East Main Street
Round Rock, TX 78664


Clark, Robb, Mason, Coulombe & Buschman
Biscayne Building, 14th Floor
19 West Flagler Street
Miami, FL 33130


Clia Sistemas, S.L.
Calle Vicente Aleixandre, 2
Rivas Vaciamadrid
Madrid,  28523


Coast Material Sales
1101 Via Callejon
San Clemente, CA 92673


Colemans Military Surplus LLC
360 Klinger Road
Millersburg, PA 17061


Colonial Life
Processing Center
PO Box 1365
Columbia, SC 29202-1365

Combustor Airmotive Services
10 Loyang Lane
Singapore,  508916


Commerce Bank (Visa)
PO Box  411036
Kansas City, MO 64141-1036


Commercial Aviation Intl
7625 E. Redfield Rd.
Suite 160
Scottsdale, AZ 85260


Component Control
1731 Kettner Blvd
San Diego, CA 92101


Concord Int'l, Inc
S-107 Fairview Ave.
Paramus, NJ 07652


Consolidated Aircraft Supply Co., Inc
55 Raynor Avenue
Ronkonkoma, NY 11779


Continental Aircraft Support, Inc.
13960 Northwest 60th Avenue
Miami Lakes, FL 33014


Contrail Aviation
435 Investment Court
Verona, WI 53593


Cothron's Safe and Lock
8120 Exchange Drive, Suite 100
Austin, TX 78754

Cotterman Company
130 Seltzer Road
Croswell, NM 48422


Cross Check Aviation
9565 Prototype Court
Suite 102
Reno, NV 89521


Cth Group
10 Autumn Ridge
Westbrook, CT 06498


Curtiss Wright Controls
201 Old Boiling Springs Road
Shelby, NC 28152


D Elsworth, Inc.
13633 Crenshaw Boulevard
Hawthorne, CA 90250


Dahill (Sharp) Industries, Inc.
655 Richland Hills Drive
Suite 125
San Antonio, TX 78245


Danbee Aerospace, Inc.
200 North Raleigh Street
Greensboro, NC 27401


David Aviation
107 Industrial Blvd
Pensacola, FL 32505


Db Schenker
9401 B Cargo Avenue
Austin, TX 78719

Dell Marketing
PO Box 676021
Dallas, TX 75267-6021


Delta Tech Ops
1775 Aviation Blvd
Atlanta, GA 30320


Department of Motor Vehicles Ca
P.O. Box 825339
Sacramento, CA 94232-5339


Derco Repair Services
P.O. Box 61930
Mail Stop 542-26c
Phoenix, AZ 85082


Deucalion Engine Leasing (Ireland) Limit
70 Sir John Rogersons' Quay
Dublin 2,


Dick Sloan
13 Nottingham Drive
Bella Vista, AR 72715


Diehl Aerospace, Inc.
12001 Hwy 280
Sterrett, AL 35147


Diversified Aero Services, Inc.
11920 Southwest 128th Street
Miami, FL 33186


Drake Air
4085 Southwest Boulevard
Tulsa, OK 74107

Dreamfind, Inc
2265 Lee Rd, Ste 109
Winter Park, FL 32789

Dubois Bryant & Campbell
700 Lavaca
Suite 1300
Austin, TX 78701

Duncan Aviation
3410 W. Mathis
Lincoln, NE 68524

Eagle Indintlinc
7 Juniper Circle
Brewster, NY 10509

Eagleflite
61240 Ruby Court
La Quinta, CA 92253

Efreightsolutions, LLC
P.O. Box 3710
Grapevine, TX 76099

Electro Enterprises
7425 Jack Newell Boulevard South
Fort Worth, TX 76118

Electronic Hardware Corp
25170 Network Place
Chicago, IL 60673-1251

Elite Aerospace Inc
3151 Executive Way
Miramar, FL 33025

Emc Aerospace
570 NE 185 Street
Miami Beach, FL 33179


Engine Lease Finance Corp
1575 Delucchi Ln Suite 115
Reno, NV 89502


Entrepreneurial Systems
5400 Mt. Bonnell Road
Austin, TX 78731


Evergreen Trade
3850 Three Mile Lane
Mcminnville, OR 97128


Exim Bank Washington Dc
811 Vermont Avenue Northwest
Washington, DC 20571


Express Employment Professionals
PO Box 203901
Dallas, TX 75320-3901


Falcon Dynamics, Inc
9680 Research Drive
Irvine, CA 92618


Fedex Freight
Dept Ch PO Box 10306
Palatine, IL 60055-0306


First Class Air Repair
15380 Cr 565 A
Suite G
Groveland, FL 34736

First Insurance Funding Corporation
PO Box 66468
Chicago, IL 60666-0468


First Wave Aerospace
5440 South 101st East Avenue
Tulsa, OK 74146


Firstmark Aerospace
1176 Telecom Drive
Creedmoor, NC 27522-8294


Fleet Support Services
10270 N.W. 47th Street
Sunrise, FL 33351


Flight Director Capitol
100 Michael Angelo Way
Building E, Suite 600
Austin, TX 78728


Flight Equipment Inc
665 Mokena Drive
Suite 201
Miami Springs, FL 33166


Flight Power Repair Group
P.O. Box 667627
Miami, FL 33166-9403


Fossco, Inc
3948 Garcon Point Road
Milton, FL 32583


Frazier Aviation, Inc
445 North Fox Street
San Fernando, CA 91340

FRC Component Products Inc
1511 South Benjamin Avenue
Mason City, IA 50401


Frost Bank
c/o Leslie M. Luttrell
Luttrell + Villarreal
400 N. Loop 1604E, Suite 208
San Antonio, TX 78232

GA Telesis, Llc.
1850 Northwest 49th Street
Fort Lauderdale, FL 33309


GE Aviation Service Operation
23 Loyang Way
Singapore,  508770


GE Aviation-Hungary
33 Levai Street
Veresegyhaz,  H2112


Gecas Asset Management Svcs
3860 E. Holmes Rd.
Suite 108
Memphis, TN 38118


Gemini Aviation Inc.
77 Harbour Sq
Suite 2402
Ontari
Toronto,  M5j2s2

General Mro Aerospace
3064 N.W. 72 Ave.
Miami, FL 33122


Genesis Aviation Inc
P.O. Box 19002
Greensboro, NC 27419

Ghedi International, Inc
PO Box 17727
Austin, TX 78760-7727


Gkn Aerospace Chem-Tronics, Inc.
1150 West Bradley
El Cajon, CA 92020


Global Airtech
16539 Saticoy St.
Van Nuys, CA 91406


Global Aviation Resources, Inc
5058 Grand Ridge Dr.
West Des Moines, IA 50265


Global Tech Instruments
18380 Enterprise Lane
Huntington Beac, CA 92648


Globaltranz
P.O. Box 71730
Phoeniz, AZ 85050


Gold Coast Turbine
3526 Marsha Lane
Vero Beach, FL 32967


Goodrich Corporation
Stafford Road
Wolverhampton, Wv107eh


Grahmann Int'l Contracting
11726 Warfield
San Antonio, TX 78216

Granite Properties of Austin
808 West 10th Street
Austin, TX 78701


Great Lakes Turbines, Inc.
21303 Omega Circle
#6
Franksville, WI 53126


Grg Aircraft & Leasing Inc
357 Science Drive
Moorpark, CA 93021


Gsi Engines Beta
19 Whitecomes
Surrey,  Tw94bt


Gulfstream Aerospace
4150 Donald Douglas Drive
Long Beach, CA 90808


Hamilton Sundstrand Corporation
One Hamilton Road
Windsor Locks, CT 06906-1000


Hansair Logistics Inc
20312 Hermana Circle
Lake Forest, CA 92630


Hartford
PO Box 2907
Hartford, CT 06104-2907


Hartford-Priority Accounts
Group Benefits Division
PO Box 8500-3690
Philadelphia, PA 19178-3690

Hawk Aviation Svc Inc.
1341 Pine Avenue
Orlando, FL 32827


Hawkeye Engine Services
15238 Us Hiway 160
Winfield, KS 67156


Hayward & Green Aviation Ltd
Units 1-2 Terry's Cross Farm
Horn Lane
West S
Woodmancote,  Bn59sa

Heico
3000 Taft St
Hollywood, FL 33021


Heico Component Repair Group
7875 NW 64th Street
Miami, FL 33166


Herndon Products, Inc
3801 Lloyd King Drive
O'Fallon, MO 63368


Home Depot Credit Services
Dept 32-2502057064
P.O. Box 183176
Columbus, OH 43218-3176


Honeywell - Renton
4150 Lind Avenue Southwest
Renton, WA 98055


Horizon Aircraft Parts
19320 SW 295th Street
Homestead, FL 33030

Hrd Aero Systems
25555 Avenue Stanford
Valencia, CA 91355


Icon Aerospace, LLC
2617 Executive Point Drive
Monroe, NC 28110


Inair Aviation Services
8225 Country Club Place
Indianapolis, IN 46214


Inertial Aerospace Services, Inc.
375 Alpha Park
Highland Height, OH 44143


Infinity Air, Inc
18321 Ventura Blvd.
Suite 400
Tarzana, CA 91356


Intercontinental Avionic & Ins
22 Canfield Road
Tyler Hill, PA 18469


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


International Air Parts
P.O. Box 483
Nsw
Narrabeen,  2103


Intertrade Rockwell Collins
4700 North River Blvd Northeast
Cedar Rapids, IA 52411

Intrepid Aerospace Inc.
2900 Hunter Street
Ft. Myers, FL 33916


Inventory Navigators, LLC
912 Donata Court
Lake Zurich, IL 60047


Its Infinity Trading
450 East Elliot Road
Chandler, AZ 85225


Jet Airwerks
3015 N. Summit St.
Arkansas City, KS 67005


Jet Aviation Specialists, Inc
3373 N.W. 107th Street
Miami, FL 33167


Jet Midwest
9200 NW 112th Street
Bldg 2
Kansas City, MO 64153


Jetpower Aviation Inc.
1491 NW 79th Avenue
Doral, FL 33126


Jetran International, Ltd
1449 Airpark
Horseshoe Bay, TX 78657


Jetson Aerospace Corp.
928 East Springfield Road
High Point, NC 27263

Jsi Intergrated Supply Chain Solutions
2101 East St. Elmo
Suite 375
Austin, TX 78744


Kadex Aero Supply
R.R  5 Box 1891
Ontari
Peterborough,  K9j6z3


Kal Nelson Aviation, Inc
9801 Glenoaks Blvd.
Sun Valley, CA 91352


Kapco
8881 NW 13th Terrace
Miami, FL 33172


Kellstrom Materials
450 Medinah Road
Roselle, IL 60172


Kelly Aviation Center, Lp
3523 Gen Hudnelll, Bldg. 360
San Antonio, TX 78226


Kewill
PO Box 845593
Boston, MA 02284-5593


Kg Aircraft Rotables Co
Kg Aircraft Rotables
4 Cygnus Court  Beverley Road
East Midlands Airport
East Midlands,  De74 2sa

Killick Aerospace Ltd
Unit B2
Airport Business Park
Colghran
County Dublin,

Kingscote Freight, Inc.
600 Bayview Avenue
Inwood, NY 11096


Klm E&M Engine Services
Klm Cargo Import Aerospace Logistic
Spl/Tm Via Gebouw 350
Freight Bld 1, Door 1034
Vrijhavenplein , Ad Schipol,  1118

Kuwait Airways
PO Box 528
Safat,  13006


La Quinta Inns & Suites
150 Parker Drive
Austin, TX 78728


Labelmaster
P.O. Box 46402
Chicago, IL 60646-0402


Laro Properties, L.P.
16633 Ventura Blvd
Suite 1330
Encino, CA 91436


Lee Air Company, Inc.
7545 Wheatland Avenue
Sun Valley, CA 91352


Leki Aviation Usa, Inc
5375 N. Hiatus Rd.
Sunrise, FL 33351


Liberty Office Products
P.O. Box Box 630729
Houston, TX 77263-0729

Liebherr-Aerospace Saline, Co
1465 Woodland Dr.
Saline, MI 48176-1627


Lkd Aerospace, Inc.
8020 Bracken Place Southeast
Snoqualmie, WA 98065


Lone Star Linen, Inc.
120 Porter Street
PO Box 1272
Taylor, TX 76574


Lowe's Home Centers, Inc
PO Box 530970
Atlanta, GA 30353-0970


Lufthansa Technik
PO Box 630
Hamburg Germany D-22313


Lufthansa Technik Ag
P.O. Box 630
Hamburg, Germany D-22313


Lufthansa-Shannon Turbine
World Aviation Park
Clare
Shannon,


Lynden Air Cargo
6441 S.Airpark Place
Anchorage, AK 99502


Mac Enterprises
PO Box 10735
Pensacola, FL 32524

Mach 1 Global Services, Inc
1850 Westpark
Grand Prairie, TX 75050


Magellan Group
2345 B Township Road
Charlotte, NC 28273


Mainfreight, Inc.
1100 E. Howard Lane
Suite 300
Austin, TX 78753


Maintenance of Austin, Inc.
8000 Centre Park Drive
Suite 120
Austin, TX 78754


Martinec, Winn, Vickers & Mcelroy, P.C.
919 Congress Avenue, Suite 200
Austin, TX 78701


Massmutual Financial Group
Box 371368
Pittsburgh, PA 15250-7368


Matrix Aviation
1701 S. Hoover
Wichita, KS 67209


Max Avionics, LLC
3501 NW 74th Ave
Miami, FL 33122


Maxwell Locke & Ritter Llp
401 Congress Avenue
Suite 1100
Austin, TX 78701

Mcmaster Carr Supply
6100 Fulton Industrial Blvd
Atlanta, GA 30336


Md Turbines
8298 Nw64th Street
Miami, FL 33166


Mel Aviation Components Ltd
7 Cecil Pashley Way
Shoreham Airport
West Sussex,  Bn43 5ff


Metlife Insurance Company
200 Park Avenue
New York, NY 10166


Mhd-Rockland - Quebec
205 Brunswick Boulevard
Suite 100
Pointe-Claire, Qu H9r 1a5


Miami Leasing, Inc
625 West 18th Street
Hialeah, FL 33010


Mid South Air Parts, Inc.
2515 Alton Road
Birmingham, AL 35210


Mind Shift
8341 Cross Park Drive
Austin, TX 78754


Minton, Burton, Foster & Collins
Attorneys At Law
1100 Guadalupe Street
Austin, TX 78701

Mitchell Aircraft Spares
1160 Alexander Ct
Cary, IL 60013


Mk Industries LLC
7315 Industrial Park Boulevard
Mentor, OH 44060-5317


Mobile Mini, Inc.
7420 S Kyrene Road
Suite 101
Tempe, AZ 85283


Monocoque Diversified Investments
Sean Nadeau and Mary Alice Keyes
c/o Douglas Powell
820 W. 10th St.
Austin, TX 78701

Moog Inc
159 8th Ave Nw
West Fargo, ND 58078


Mtu Maintenance Hannover
Muenchner Strasse 31
Langenhagen,  30855


My Technic
Mro Teknik Servis San Tic As
Sabiha Gokcen Havaalan
Pendik
Istanbul,

National Airlines
350 Windward Road
Orchard Park, NY 14127


Nav-Com Service
16158 Wyandotte St
Van Nuys, CA 91406

New Generation Aircraft Svcs
156 William Rd.
Massapequa, NY 11758


New Linta Aero Engine Ab
Tjadervagen 12
Bromma,  16766


Newcastle Aviation Partners
3201 W County Rd 42
Unit 104
Burnsville, MN 55306


Nff Avionics Services, Inc
115 Corporation Drive
Aliquippa, PA 15001


Northrop Grumman International Trading,
21040 Burbank
Woodland Hills, CA 91367


Northwest Aviation Srv Group
3320 West Valley Hwy N.Ste:109
Auburn, WA 98001


Nte Aviation, Ltd
1800 Waters Ridge Drive
Suite 400
Lewisville, TX 75057


Oh Capital Assets Inc
2614 Executive Point Drive
Monroe, NC 28110


Overseas Aircraft Parts
730 South Powerline Road
Suite B
Deerfield Beach, FL 33442

Ozarka Direct
PO Box 856680
Louisville, KY 40285-6680


Pacific Aerodynamic, Inc.
889 North Main Street
Orange, CA 92868-1107


Pacific Aviation Group
18499 Phantom West
Suite 17
Victorville, CA 92394


Pacific Oil Cooler Service
1677 Curtis Court
La Verne, CA 91750


Pacific Sky Supply, Inc
8230 San Fernando Road
Sun Valley, CA 91352


Parker Hannifin (Malaysia) Sdn Bhd
Lot 9 Jalan U1/26
Hicom Glenmaire Industrial Park
40000 Shah Alam
Selangor,  40000

Pas Technologies, Inc
1234 Atlantic Street
North Kansas City, MO 64116


Paz Aviation, Inc.
7455 West 2nd Court
Hialeah, FL 33014


Pdq Airspares, Ltd
The Office
Redbrook
Hampshire
Fordingbridge,  Sp62et

Peerless Aerospace Fastener
141 Executive Boulevard
Farmingdale, NY 11735


Perfect Promotional Products, Inc
17243 130th Ave Se
Renton, WA 98058


Perform Air International
463 South Hamilton Court
Gilbert, AZ 85233


Phoenix Composite Solutions
5911 Mission Street
Oscoda, MI 48750


Piedmont Aviation Comp Svcs
1031 East Mountain St.
Bldg 320
Kernersville, NC 27284


Pitney Bowes
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Porsche Payment Center
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738


Powerjet Parts
6135 Harrison Dr.  Unit 6
Las Vegas, NV 89101


Powerturbine Inc
1555 S. Dupont Avenue
Suite H
Ontario, CA 91761

Precision Aero Technology
3333 East Spring Street
Suite 300
Long Beach, CA 90806-6826


Preferred Aviation Inc
8470 N.W. 61st Street
Miami, FL 33166


Prestige Aero Services
7307 NW 56 Street
Miami, FL 33166


Prime Air, Inc.
7447 North St. Louis Avenue
Skokie, IL 60076


Quality Aircraft Parts, Inc.
5551 Northwest 159th Street
Miami Gardens, FL 33014-6724


Quality Aviation and Power Support
15042 Whittram Avenue
Fontana, CA 92335-3122


Qwest Air Parts, Inc.
4444 Delp Street
Memphis, TN 38118


Reflection Designs Int'l Pte Ltd
9 Temasek Boulevard
#31-02 Suntec Tower Two
Singapore,  38989


Reliance Aircraft Int'l
9715-A Burnet Road
Suite 300
Austin, TX 78758

Rexnord Industries
Rexnord Seal Division
2400 Curtiss Street
Downers Grove, IL 60515


Rheinland Air Service
D-41066 Moenchengladbach
Easa,  1450048


Rockwell Collins (Cedar Rapids)
400 Collins Road Ne
Cedar Rapids, IA 52498


Rockwell Collins (Wichita)
2051 Airport Rd.
Wichita, KS 67209


Rolls-Royce Engine Service-Oak
7200 Earhart Road
Oakland, CA 94621


Round Rock Tax Office
1311 Round Rock Avenue
Round Rock, TX 78681


S3 International
2101 West Camden Road
Milwaukee, WI 53209


Safe Fuel Systems, Inc
860 West 84th Street
Hialeah, FL 33014


Safequip
10201-B Mckalla Place
Austin, TX 78758

Satair, Usa
3993 Tradeport Boulevard
Atlanta, GA 30354


Seal Dynamics
600 Prime Place
Hauppauge, NY 11788


Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407


Silver Wings Aerospace
25400 S.W. 140 Avenue
Princeton, FL 33032


Simco
P.O. Box 49132
San Jose, CA 95161


Sky Harbor Aviation, Inc
113 W. Hoover
Suite 103
Mesa, AZ 85210


Skybus
6352 Airway Drive
Indianapolis, IN 46241


Skyline Aero
Hanger H2, Cotswold Airport
Gloucestershire,  Gl7 6ba


Sleep Inn & Suites
1980 South IH 35
Round Rock, TX 78681

Smiths Electronic Systems
1000 Mac Arthur Memorial Hwy
Bohemia, NY 11716


Snap-On Industrial
PO Box 9004
Crystal Lake, IL 60039


Socal Office Technologies
File 50897
Los Angeles, CA 90074-0897


Sonfarrel Inc
3000-3010 La Jolla St
Anaheim, CA 92806


Soundair Aviation Services
1826 Bickford Avenue
Snohomish, WA 98290


Southwings Avionics and Accessories
2345 West 80th Street
Unit #J8
Hialeah, FL 33016


Spectrum Aerospace
609 W. Knox Road
Tempe, AZ 85284


Speednews
24653 Network Place
Chicago, IL 60673-1246


Spirit Aerosystems, Inc.
3801 South Oliver
M/S K15-34
Wichita, KS 67210

Sr Technics Airfoil Services Ltd.
Mahon Industrial Estate
Blackrock
Cork,


Sr Technics Switzerland Ltd
Accounts Payable Department
P.O. Box 187
8058 Zurich Airport
Zurich Switzerland,

St Aerospace Rotables Pte Ltd
St Aerospace Rotables Pte Ltd.
540 Airport Road
Paya Lebar
Singapore,  539938

Standard Aero
11550 Mosteller Road
Cincinnati, OH 45241


Staples
PO Box 83689
Chicago, IL 60696-3689


Stare Transport
Luze 60, 4212 Visoko



Sterling Courier Systems
PO Box 35418
Newark, NJ 07193-5418



Steven Enterprises Group, Inc
14920 SW 137 St
Unit 1
Miami, FL 33186


Strube, Inc
629 West Market Street
Marietta, PA 17547

Sts Component Solutions
2910 SW 42 Avenue
Palm City, FL 34990


Suburban Builders, Inc
17432 Hwy 29
Buchanan Dam, TX 78609


Sunshine Airspares, Inc
4401 Peters Road
Plantation, FL 33317


Sunshine Avionics Corp
9974 Premier Parkway
Miramar, FL 33025


Superior Vision
Nglic
C/O Superior Vision Srvs., Inc.
PO Box 201839
Dallas, TX 75320-1839

T Mobile
PO Box 660252
Dallas, TX 75266-0252


Team Aerospace, Inc
117 Wheeler Street
La Vergne, TN 37086


Team Worldwide-Team Air Expres
PO Box 668
Winnsboro, TX 75494


Teledyne Controls
501 Continental Blvd
El Segundo, CA 90245

Tes Parts Ltd (Tes Avia Grp)
Aviation House
Brocastle Avenue
Watert
Bridgend,  Cf313xr

Texas Pneumatic Systems,Inc
2404 Superior Drive
Arlington, TX 76013

Texas Tollways
P.O. Box 650749
Dallas, TX 75265-0759

Texas Window Cleaning, LLC
PO Box 170027
Austin, TX 78717

Thameside Aero Spares Ltd
396a Staines Road
Bedfont
Middlesex,  Tw148bt

The Auxiliary Group
1226 Winter Garden Vineland Rd.
Suite 108, Building 5
Winter Garden, FL 34787

Tiger Enterprises
225 Aircraft Way
Fountain Inn, SC 29644

Timco-Oscoda
3921 Arrow Street
Oscoda, MI 48750

Tmc Engine Center, Inc.
7905 NW 77th Avenue
Medley, FL 33166

Topcast Co, Ltd
55 Wo Tong Tsui Street
Kwai Chung,


Tp Aerospace Solutions
Stamholmen 165r
Hvidovre,  2650


Tps Aviation Inc
1515 Crocker Ave.
Hayward, CA 94544


Trade Air, Inc
10441 NW 28th St
Miami, FL 33172


Tradewinds Engine Services Inc
4700 Lyons Technology Parkway
Coconut Creek, FL 33073


Travelers - 3246r8160
Cl Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Travelers - 8703h5153
P.O. Box 660317
Dallas, TX 75266-0317


Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328


Triumph Accessory Services
1038 Santerre Drive
Grand Prairie, TX 75050

Triumph Aviation Svcs Asia Ltd
700/160 Moo 1, T. Bankao
Chonburi,  20160


Trygon Ltd
23 Star Ln Industrial Estate
Star Lane, Great Wakke
Southend On Sea,  Ss3opj


Tulsa Propulsion Engines, Inc
6705 East 81st St
Suite 110
Tulsa, OK 74133


Turbine Controls, Inc
5 Old Windsor Road
Bloomfield, CT 06002


Turbine Engine Resources, Ltd
12901 Nicholson
Suite 330
Farmers Branch, TX 75234


Turbine Overhaul Services
5 Tuas Drive 2
Singapore,  638639


Turbo Resources Int'l
5780 West Oakland Street
Chandler, AZ 85226


Txu Energy
PO Box 650764
Dallas, TX 75265-0764


U.S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Unical Aviation, Inc
680 South Lemon Ave.
City Of Industry, CA 91789


Unicorp Systems Inc
2824 W. 40th Street
Tulsa, OK 74107


Unison Engine Components, Inc.
3390 East Locus Street
Terre Haute, IN 47803-1358


Universal Asset Management Inc
5350 Poplar Avenue
Suite 150
Memphis, TN 38119


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


US Bank Equipment Finance, Inc
PO Box 790448
St Louis, MO 63179-0448


Valley Electronics Inc
2852 Perdue Road
Kathleen, GA 31047

Vee Sales
PO Box 159
668 Elm Street
Tionesta, PA 16353


Velocity Aerospace
2840 North Ontario Street
Burbank, CA 91504


Verizon Wireless
P.O. Box 920041
Dallas, TX 75392-0041


Vhl Aircraft, Inc.
5000 N.W. 74th Ave.
Miami, FL 33166


Vision Air Corp
7239 North El Mirage Road
Glendale, AZ 85307


Volant
11817 Westar Lane
Burlington, WA 98233


Von Karman Michelson Corporation
Attn:  Scott Francis
18201 Von Karman Avenue
Suite 650
Irvine, CA 92612

Waste Management
1901 Afton Street
Houston, TX 77055-2203


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

Wems Electronics
4650 West Rosecrans Ave
Hawthorne, CA 90250


Wencor, LLC
1625 North Mountain Springs Pkwy
Springville, UT 84663-0514


Wesco Aircraft
7601 Will Rogers Blvd
Ft. Worth, TX 76140-6051


Wesco Aircraft Hardware Corp
P.O Box 802020cott
Valencia,, CA 91380-2020


West Coast Aviation
3434 East 7800 South
Salt Lake City, UT 84121


Western Aero Services
6475 Franklin Street
Denver, CO 80229


Western Airparts Corp
28110 Avenue Standford
Unit B
Valencia, CA 91355


Western American Specialties
4731 West Jefferson Boulevard
Los Angeles, CA 90016-4008


Whiteglove Health
P.O. Box 845720
Dallas, TX 75284-5720

Wilson Systems
1403 West Main Street
Franklin, TN 37064


Windsor Airmotive West
PO Box 360186
Pittsburgh, PA 15251-6186


Wingtip Aviation Services
2341 Claridge Circle
Plano, TX 75075


World Class Aviation
1130 Dividend Court
Peachtree City, GA 30269


Yildizlar Aviation
Ataturk Havalimani
Eski Itfaiye Binasi 34
Istanbul,


Yokohama Aerospace America, Inc.
22223 68th Avenue South
Kent, WA 98032